IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

|  |  |  |
|---|---|---|
| MANUEL GUADIAN, individually and On behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action: 25-cv-00341 |
| American Coalition for Crisis Relief Consultants, Inc. | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT AMERICAN COALITION FOR CRISIS RELIEF CONSULTANTS, INC.**

**PLEASE TAKE NOTICE** that the Undersigned Counsel hereby makes his entry of appearance as counsel of record on behalf of Defendant American Coalition for Crisis Relief Consultants, Inc. in the above captioned matter.

Dated: September 18, 2025,

                              **THE BERNHOFT LAW FIRM, S.C.**
                              Attorneys for Defendants

                              /s/ Patrick Kane
                              Patrick Kane, Esq.
                              Bar No. 24115685

                              1710 W 6th Street
                              Austin, Texas 78703
                              Telephone: (512) 582-2100

Facsimile: (512) 373-3159
ptkane@bernhoftlaw.com

## CERTIFICATE OF SERVICE

    The Undersigned hereby certifies that on September 18, 2025, a true and accurate copy of foregoing was filed with the Court using the Clerk of Court's electronic filing system, which by its operation will send notice of this filing to all parties that have entered an appearance in this matter.

**THE BERNHOFT LAW FIRM, S.C.**
Attorneys for Defendants


/s/ Patrick Kane
Patrick Kane, Esq.
Bar No. 24115685

1710 W 6th Street
Austin, Texas 78703
Telephone: (512) 582-2100
Facsimile: (512) 373-3159
ptkane@bernhoftlaw.com

*Counsel for Defendants*