IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL GUADIAN,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-25-CV-00341-DB |
| | § | |
| AMERICAN COALITION FOR CRISIS<br>RELIEF PAC, INC. d/b/a BREAST<br>CANCER RELIEF COMMITTEE PAC,<br>a Delaware Company,<br>    Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

On November 3, 2025, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL CLOSE** this case.

**SIGNED** this **3rd** day of **November 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE